Commonwealth *v.* Halapin, Appellant.

Argued June 9, 1964. *Joseph I.
Lewis,* for appellant; *Louis Abromson,* Assistant Dis-

trict Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.